IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARTHUR PEACOCK**                                                      **PLAINTIFF**

**V.**                            **NO. 4:05CV00891**

**LITTLE ROCK SCHOOL DISTRICT**                     **DEFENDANT**

## ORDER

Pending are cross motions for summary judgment. (Docket #'s 9 and 15). The Court has reviewed the motions and finds that sufficient information is before the Court for a final ruling on this matter. Accordingly, the case will be removed from the trial docket the week of December 4, 2006. The Court will issue an order on the pending motions forthwith.

IT IS SO ORDERED this 14th day of November, 2006.

_____
James M. Moody
United States District Judge

1