IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARTHUR PEACOCK**                                           **PLAINTIFF**

V.                        NO. 4:05CV00891

**LITTLE ROCK SCHOOL DISTRICT**                  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered this date, judgment is hereby entered in favor of the Plaintiff.

IT IS CONSIDERED, ORDERED AND ADJUDGED that Plaintiff, Arthur Peacock, have and recover of and from the Defendant, Little Rock School District, the sum of $14,727.64, fourteen thousand seven hundred and twenty-seven dollars and sixty four cents, together with interest from this date until the date paid at the rate of 5.03% per annum.

DATED this 17th day of November, 2006.

_____
James M. Moody
United States District Judge