IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ARTHUR PEACOCK**                                                                                              **PLAINTIFF**

**VS.**                              **CASE NO. 4:05CV00891 JMM**

**LITTLE ROCK SCHOOL DISTRICT**                                                       **DEFENDANT**

**ORDER**

Pending before the Court are defendant's Motion for Stay of Execution of Judgment Pending Appeal and plaintiff's Motion for Attorney's Fees. For the reasons stated below, the motions are denied (#32 and #25).

By the Court's Order of November 17, 2006, plaintiff has already been denied attorney's fees for her complaint to collect attorney's fees based upon a due process hearing at the administrative level.

Defendant's request for a stay pending appeal is moot as it has failed to file a timely civil action with respect to the April 4, 2005 decision of the Administrative Due Process Hearing Officer. *See* 20 U.S.C. § 1415(i)(2)(B); Ark. Code Ann. § 6-41-216(g).

IT IS SO ORDERED THIS   20   day of   December  , 2006.

_____
James M. Moody
United States District Court