FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 22 2006

JAMES W. McCORMACK, CLERK
By:_____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ARTHUR PEACOCK,                                             PLAINTIFF

v.                        No. 4-05-CV-0891JMM

LITTLE ROCK SCHOOL DISTRICT,                                DEFENDANT

### ORDER

Presently pending before the Court are Writs of Garnishment served upon Garnishees, Bank of America, Bank of the Ozarks, Regions Bank, Metropolitan Bank, Twin City Bank, and the Arkansas Department of Education. Because the Defendant has satisfied the Court's November 17, 2006 judgment,

IT IS THEREFORE, BY THE COURT, CONSIDERED, ORDERED AND ADJUDGED that this case be, and it is hereby, dismissed with prejudice and all Garnishees served herein by the Plaintiff shall be fully released and discharged from the Writs and Allegations of Garnishment and shall be excused from answering the same upon receipt of this Order.

SO ORDERED this 22 day of December, 2006.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AS TO CONTENT AND FORM:

_____
Theresa Caldwell
Attorney for Plaintiff

_____
Khayyam M. Eddings
Attorney for Defendant